UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD A. BUSH, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:14-cv-595 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

Having affirmed the decision of the Commissioner, as required by Rule 58 of the Federal

Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 9, 2015            /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge